# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TP GROUP-CI, INC. | ) | |
| Plaintiff, | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | |
| IVAN VETECNIK, | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Please take notice that, pursuant to Federal Rule of Civil Procedure 26(d)(1), Plaintiff TP Group-CI, Inc., by and through its attorneys, respectfully moves for the entry on an Order, attached hereto as Exhibit A, granting it leave to serve limited, expedited party discovery prior to a Rule 26(f) conference. Plaintiff's proposed Requests for the Production of Documents, to be answered within fourteen (14) days, are attached hereto as Exhibit B. This expedited discovery will be part of the expedited schedule as proposed in Plaintiff's Motion for Preliminary Injunction. In support of its Motion, Plaintiff files the accompanying Memorandum of Law.


Dated: July 22, 2016

*/s/ Jody C. Barillare*
Colm F. Connolly (#3151)
Jody C. Barillare (#5107)
**MORGAN, LEWIS & BOCKIUS LLP**
1007 N. Orange Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001

OF COUNSEL:
Daniel D. Rubinstein
William C. O'Neil
Michael A. Skokna
**WINSTON & STRAWN, LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
*Attorneys for Plaintiff TP Group-CI, Inc.*