IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TP GROUP-CI, INC, <br> Plaintiff, <br><br> v. <br><br> IVAN VETECNIK, <br> Defendant. | Case No. 16-623-RGA |

### [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Upon consideration of Plaintiff's Motion for Expedited Discovery, pursuant to Federal Rule of Civil Procedure 26(d)(1), and of the entire record in this matter, it is hereby:

ORDERED, Plaintiff's motion is GRANTED and Plaintiff has leave to serve limited, expedited discovery before the Rule 26(f) conference. *Defendant's responses and documents due two weeks from today.*

SO ORDERED this *15* day of ~~July~~ *Aug.*, 2016.

*Richard G. Andrews*