IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TP GROUP-CI, INC.<br>    Plaintiff,<br><br>        v.<br><br>IVAN VETECNIK,<br>    Defendant. | )<br>)<br>)  Case No. 1:16-cv-00623-RGA<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING
<u>PLAINTIFF'S MOTION TO FILE UNDER SEAL</u>**

Upon consideration of Plaintiff's Motion to File Under Seal and of the entire record in this matter, it is hereby ORDERED:

Plaintiff's motion is GRANTED; and

The Clerk of the Court shall file under seal the following documents:

- Plaintiff's Opening Brief In Support of Its Motion for Preliminary Injunction;
- Exhibit 1 and its associated Exhibits;
- Exhibit 2 and its associated Exhibits;
- Exhibit 11;

IT IS FURTHER ORDERED the aforementioned documents shall be permitted to remain under seal in accordance with D. Del. LR 5.1.3.


**SO ORDERED** this ___ day of September, 2016


_____
The Honorable Richard G. Andrews
United States District Judge